PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KADHIM, | CASE NO.  2:23-CV-01318-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| ROHIT NEPAL, ET AL., | |
| Defendants. | |

        The Defendants respectfully request a first extension of time in which to respond to the

Complaint, and counsel for Plaintiff does not oppose.  This case concerns the visa applications of

Plaintiff's daughter and grandson.  The visa case of Plaintiff's relatives is currently refused for

administrative processing, following a September 2022 consular interview.  The parties anticipate that

this lawsuit will soon be rendered moot once the Department of State completes its adjudication of the

visa case.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 30, 2023.  The parties further request that all other filing deadlines be similarly extended reset.

Respectfully submitted,

Dated:  September 6, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

ORDER

It is so ordered.

DATED:  September 6, 2023.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2