PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KADHIM,<br><br>            Plaintiff,<br><br>     v.<br><br>ROHIT NEPAL, ET AL.,<br><br>            Defendants. | CASE NO. 2:23-CV-01318-AC<br><br>AMENDED STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME |

   The Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns the visa applications of Plaintiff's daughter and grandson.  The visa case of Plaintiff's relatives is currently refused for administrative processing, following a September 2022 consular interview.  The State Department is working to resolve the administrative processing and the parties anticipate that this lawsuit will soon be rendered moot once the Department of State completes its adjudication of the visa case.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is January 30, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  November 28, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated:  December 5, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2