PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KADHIM,<br><br>        Plaintiff,<br><br>    v.<br><br>ROHIT NEPAL, ET AL.,<br><br>        Defendants. | CASE NO. 2:23-CV-01318-AC<br><br>SECOND AMENDED STIPULATION AND [~~PROPOSED~~] ORDER FOR SECOND EXTENSION OF TIME |

The Defendants respectfully request a third extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa applications of Plaintiff's daughter and grandson. The visa case of Plaintiff's relatives is currently refused for administrative processing, following a September 2022 consular interview. The State Department is working to resolve the administrative processing and the parties anticipate that this lawsuit will soon be rendered moot once the Department of State completes its adjudication of the visa case.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 29, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  January 30, 2024                                        PHILLIP A. TALBERT
                                                                United States Attorney

                                                          By:   /s/ ELLIOT C. WONG
                                                                ELLIOT C. WONG
                                                                Assistant United States Attorney


                                                                /s/ JOSHUA L. GOLDSTEIN
                                                                JOSHUA L. GOLDSTEIN
                                                                Counsel for Plaintiff


[PROPOSED] ORDER

It is so ordered.

Dated: January 31, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE