PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM KADHIM,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROHIT NEPAL, ET AL.,<br><br>                    Defendants. | CASE NO. 2:23-CV-01318 AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FIFTH EXTENSION OF TIME |

    The Defendants respectfully request a fifth extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns the visa applications of Plaintiff's daughter and grandson. The visa cases of Plaintiff's relatives were refused for administrative processing, following a September 2022 consular interview. The administrative processing of Plaintiff's daughter's case was recently completed, and, on March 12, 2024, the consular officer issued the visa application of Plaintiff's daughter. The administrative processing of the derivative beneficiary, Plaintiff's grandson, remains ongoing for additional security screening. The parties anticipate that this lawsuit will soon be rendered moot once the administrative processing of remaining visa application has been complete.

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 29, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: April 26, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: April 30, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE